District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABRAR OMER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KRISTI NOEM, *et al.*,<br><br>　　　　　　Defendants. | No. 2:25-cv-1222-JNW<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER<br><br>Noted for: September 3, 2025 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until January 14, 2026. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services (USCIS) to schedule an interview and adjudicate his asylum application. Defendants' response to the Complaint is currently due on September 8, 2025. The parties are working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706

STIPULATED MOTION FOR ABEYANCE    - 1
No. 2:25-cv-1222-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control
2   the disposition of the causes on its docket with economy of time and effort for itself, for counsel,
3   and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

4   With additional time, this case may be resolved without the need for further judicial
5   intervention. USCIS has scheduled Plaintiff's asylum interview for September 16, 2025. USCIS
6   agrees to diligently work towards completing the adjudication within 120 days of the interview,
7   absent unforeseen or exceptional circumstances that would require additional time for adjudication.
8   If the adjudication is not completed within that time, USCIS will provide a status report to the Court.
9   Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to ten days
10  prior to the interview date. Plaintiff recognizes that failure to submit documents before the interview
11  may require the interview to be rescheduled and the adjudication delayed. If needed, Plaintiff will
12  bring an interpreter to the interview; otherwise, the interview will need to be rescheduled and the
13  adjudication delayed. Once the application is adjudicated, Plaintiff will dismiss the case with each
14  party to bear their own litigation costs and attorneys' fees. Accordingly, the parties request this
15  abeyance to allow USCIS to conduct Plaintiff's asylum interview and then process his asylum
16  application.

17  As additional time is necessary for this to occur, the parties request that the Court hold the
18  case in abeyance until January 14, 2026. The parties will submit a status update on or before that
19  day.

20  Dated: September 3, 2025                    Respectfully submitted,

21                                              TEAL LUTHY MILLER
                                                Acting United States Attorney

22
                                                 *s/Annalisa L. Cravens*
23                                              ANNALISA L. CRAVENS
                                                Assistant United States Attorney
24

STIPULATED MOTION FOR ABEYANCE   - 2
No. 2:25-cv-1222-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-2257
Email: annalisa.cravens@usdoj.gov

*Counsel for Defendants*

*I certify this memorandum contains 388 words, in compliance with the Local Civil Rules.*

*s/ Adam Boyd*
ADAM BOYD
Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, Washington 98104
Phone: 206-682-1080
Email: adam.boyd@ghp-law.net

*Counsel for Plaintiff*

STIPULATED MOTION FOR ABEYANCE    - 3
No. 2:25-cv-1222-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The case is held in abeyance until January 14, 2026.  The parties shall submit a status update on or before that day. It is so **ORDERED**.

DATED this 5th day of September, 2025.

_____
JAMAL N. WHITEHEAD
United States District Judge

STIPULATED MOTION FOR ABEYANCE - 4
No. 2:25-cv-1222-JNW

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970